

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In re Gage Bolerjack,

No. 11-16-00228-CV

* Original Mandamus Proceeding

* August 18, 2016

* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has considered the petition for writ of mandamus filed by Greg Bolerjack, and concludes that the petition for writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.